THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
RICHARD G. STACK (SBN 139302)
Assistant United States Attorney
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone: (213) 894-2455
  Facsimile: (213) 894-0115
  E-mail: Richard.Stack@usdoj.gov

Attorneys for Plaintiff, the
United States of America

E-FILED 06/03/09

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ARTHUR T. SCHAERTEL, an individual; MAXINE D. SCHAERTEL, an individual; WACHOVIA MORTGAGE CORPORATION, FSB, a North Carolina corporation, Successor-in-Interest to World Savings and Loan Association; HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, a California corporation, assignee of MBNA Consumer Services, Inc.; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a California corporation; STATE OF CALIFORNIA, FRANCHISE TAX BOARD, a state agency; and UNION BANK OF CALIFORNIA, N.A., a California corporation,<br><br>           Defendants. | Case No. CV 08-5673-PSG(RZx)<br><br>**JUDGMENT BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND DEFENDANT UNION BANK OF CALIFORNIA, N.A., RE: PRIORITY OF LIENS**<br><br>[Hon. Philip S. Gutierrez] |

Having reviewed and considered the Stipulation Re: Priority of Liens and for Entry of Judgment between plaintiff, the United States of America ("United States"), and defendant Union Bank of California, N.A. ("Union Bank"), only, and based on the order for entry of judgment,

It is hereby **ORDERED, ADJUDGED and DECREED** as follows:

1. On <u>August 29, 2008</u>, the United States commenced this action by filing a pleading entitled, "Complaint to: (1) Reduce Tax Assessments to Judgment; and (2) Foreclose Federal Tax Liens on Certain Real Property" ("Complaint"), naming numerous parties as defendants, including taxpayers Arthur T. Schaertel and Maxine D. Schaertel (collectively, "the Schaertels" or "taxpayers") and Union Bank. Pursuant to the Complaint, the United States seeks to reduce to judgment Federal income tax assessments made against the Schaertels for the calendar years 2002, 2003, 2004, 2005, and 2006 ("Non-Discharged Tax Years"); to foreclose Federal tax liens for the Non-Discharged Tax Years and the discharged Federal income tax liabilities incurred by the Schaertels for the calendar years 1996, 1997, 1998, 1999, and 2000 ("Discharged Tax Years")[1] against the Schaertels' interests in improved real property located at 163 W. 21st Street, Upland, California 91784-1499 ("Subject Real Property"); and to obtain a sale of the Subject Real Property and a judgment against the Schaertels for any portion of the tax liabilities for the Non-Discharged Tax Years remaining unpaid after the distribution and application of the proceeds of that sale.

2. The Subject Real Property is more particularly described as:

///

---

[1] The Internal Revenue Service ("IRS" or "Service") duly filed Notices of Federal Tax Liens ("NFTLs") for the Discharged Tax Years against the Schaertels in San Bernardino County *before* <u>August 12, 2005</u> (see Complaint, ¶ 16 and Exhibits J and K attached thereto), when the Schaertels filed a Chapter 7 bankruptcy petition. On <u>November 25, 2005</u>, the Schaertels obtained a Chapter 7 bankruptcy discharge. See Complaint, ¶ 12.

    Lot 9 of Tract No. 12323, in the City of Upland, County of San Bernardino, State of California, as per Map recorded in Book 168, Pages 66 and 67 of Maps, in the office of the County Recorder of said County.

3. The Schaertels acquired title to the Subject Real Property, as husband and wife as joint tenants, pursuant to the Individual Grant Deed executed on or about October 28, 1997, and recorded with the San Bernardino County Recorder on December 1, 1997, as document no. 19970440922.

4. The Schaertels have owned the Subject Real Property, as husband and wife as joint tenants, continuously from on or about October 28, 1997, to the present.

5. This Court obtained jurisdiction over defendant Union Bank in the following manner. On October 7, 2008, plaintiff United States effected service of the Summons and Complaint on defendant Union Bank by personally delivering a copy of such documents to Karen Chan, Customer Service Officer of Union Bank, at 400 California Street, 1st Floor, San Francisco, California 94104.

6. The IRS has filed and/or refiled the following NFTLs with the San Bernardino County Recorder's Office regarding the Federal income tax liabilities of the Schaertels for the Discharged and Non-Discharged Tax Years:

| Date Recorded | Instrument No. | Year(s) | Amount |
| --- | --- | --- | --- |
| 03/06/2003 | 2003-0147500 | 1995-1997 | $153,365.09 |
| 03/13/2003 | 2003-0165738 | 1998-2000 | $173,433.25 |
| 01/29/2008 | 2008-0038322 | 1997 | $ 59,049.09* |
| 02/20/2008 | 2008-0076170 | 2002-2006 | $185,365.66 |
| 04/30/2008 | 2008-0192769 | 1996 | $ 74,859.49** |
| 06/02/2008 | 2008-0249992 | 1996 | $ 74,859.49* |

\* = Denotes re-filing of NFTL.

\*\* = Denotes Revocation of Certificate of Release of Federal Tax Lien.

7. Pursuant to 26 U.S.C. §§ 6321 and 6322, the Federal tax liens identified in paragraphs 1 and 6, above, of this Judgment, attached to the entire interest of the

Schaertels in the Subject Real Property, when the liens arose against the Schaertels, and the tax liens have continued, to the present and without interruption, to attach to that property.

8. Union Bank holds a judgment lien against the Schaertels pursuant to the Judgment entered by the Los Angeles County Superior Court on September 27, 2004, in the amount of $11,730.92 in the action entitled, <u>Union Bank of California, N.A. v. Arthur T. Schaertel, et al.</u>, Case No. 04 C01300, as to which it filed an Abstract of Judgment with the San Bernardino County Recorder, as instrument no. 2005-0218100, on <u>March 30, 2005</u>. As of April 29, 2008, the unpaid balance of the Union Bank judgment was $16,081.11, including post-judgment interest accrued to that date. The judgment lien of Union Bank attaches to the entire ownership interest of the Schaertels in the Subject Real Property.

9. The relative priority of the respective lien claims of the United States and of Union Bank to the Subject Real Property, excluding additional interest and accruals on such claims, is as follows:

| Claimant | Date Recorded | Instrument No. | Year(s) | Amount |
|---|---|---|---|---|
| IRS | 03/06/2003 | 2003-0147500 | 1997 | $ 59,049.09 |
| IRS | 03/13/2003 | 2003-0165738 | 1998-2000 | $173,433.25 |
| Union Bank | 03/30/2005 | 2005-0218100 | N/A | $ 11,730.92 |
| IRS | 02/20/2008 | 2008-0076170 | 2002-2006 | $185,365.66 |
| IRS | 04/30/2008 | 2008-0192769 | 1996 | $74,859.49* |

* = The IRS lost the lien priority date of March 6, 2003, as to the Schaertels' 1996 income tax liability because the NFTL for that year was not timely refiled. The IRS revoked the automatic release of the NFTL for that year by an instrument recorded on April 30, 2008.

10. There remains no further dispute in this case between the United States and Union Bank. Accordingly, except to the extent that the signature of Union Bank's attorney is needed on a Final Judgment, Stipulated Order for Sale of Subject

Real Property, or a similar document to be filed in this case, no further appearance by Union Bank shall be necessary in this case.

11. That Judgment be entered between the United States and Union Bank, only.

12. Each party to this Stipulated Judgment shall bear its own costs and attorney's fees incurred in connection with this case as between themselves, only.

**IT IS SO ORDERED.**

Dated: 06/02/09

PHILIP S. GUTIERREZ
United States District Judge

Presented By:

**THOMAS P. O'BRIEN**
United States Attorney
**SANDRA R. BROWN**
Assistant United States Attorney
Chief, Tax Division

RICHARD G. STACK
Assistant United States Attorney

Attorneys for Plaintiff, the
United States of America


**UNION BANK OF CALIFORNIA,
N.A. LEGAL DIVISION**

LISA ROCKWELL, Esquire
Attorneys for Defendant,
Union Bank of California, N.A.

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012. On **June 1, 2009**, I served

Judgment Between Plaintiff USA and Defendant Union Bank of California, N.A. Re: Priority of Liens

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid as shown in the Service list. SEE ATTACHED.

Date of mailing: **June 1, 2009.**

Place of mailing: Los Angeles, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing if true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **June 1, 2009,** Los Angeles, California.

**MARIA-LUISA Q. BULLARD**

# SERVICE LIST

United States v. Arthur T. Schaertel, et al.
Case No. CV 08-5673-PSG(RZx) (USDC C.D. Cal.)

Arthur T. Schaertel, Esquire
Combs & Schaertel
112 Harvard Avenue, Suite 240
Claremont, CA 91711-4716

Arthur T. Schaertel
Maxine D. Schaertel
163 W. 21st Street
Upland, California 91784-1499

Joseph J. Catalano, Associate General Counsel
Lisa Rockwell, Senior Counsel
Union Bank of California, N.A., Legal Division
445 S. Figueroa Street, 12th Floor
Los Angeles, CA 90071-1602

Courtesy Copies:

Richard R. Ward, Chief
Civil Trial Section, Western Region
U.S. Department of Justice, Tax Division
P.O. Box 683 Ben Franklin Station
Washington, D.C. 20044

Jeri Acromite, Staff Attorney
Office of Chief Counsel,
Internal Revenue Service
Small Business/Self-Employed Division
24000 Avila Road, Suite 4404
Chet Holifield Building
Laguna Niguel, CA 92677

Julie Piazza, Suit Advisor
Internal Revenue Service
Technical Support Group #15
24000 Avila Road, Suite 3302
Laguna Niguel, CA 92677