THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
RICHARD G. STACK (SBN 139302)
Assistant United States Attorney
Room 7211, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2455
Facsimile: (213) 894-0115
E-mail: Richard.Stack@usdoj.gov

Attorneys for Plaintiff, the
United States of America

E-FILED
JUL 17 2009
Document # _____

NOTE CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR T. SCHAERTEL, an individual; MAXINE D. SCHAERTEL, an individual; WACHOVIA MORTGAGE CORPORATION, FSB, a North Carolina corporation, Successor-in-Interest to World Savings and Loan Association; HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, a California corporation, assignee of MBNA Consumer Services, Inc.; AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC., a California corporation; STATE OF CALIFORNIA, FRANCHISE TAX BOARD, a state agency; and UNION BANK OF CALIFORNIA, N.A., a California corporation,<br><br>Defendants. | Case No. CV 08-5673-PSG(RZx)<br><br>[PROPOSED]: (1) SUMMARY JUDGMENT AGAINST DEFENDANTS ARTHUR T. SCHAERTEL AND MAXINE D. SCHAERTEL; AND (2) DEFAULT JUDGMENTS AGAINST DEFENDANTS WACHOVIA MORTGAGE CORPORATION, FSB, HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA, AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br><br>Date: July 13, 2009<br>Time: 1:30 p.m.<br>Ctrm: "790," 7th Floor<br>255 E. Temple Street<br>Los Angeles, CA<br><br>[Local Rule 7-3 Complied With]<br><br>[Hon. Philip S. Gutierrez] |

ATTACHMENT

The "Amended Notice of Motion and Motion for: (1) Summary Judgment Against Defendants Arthur T. Schaertel and Maxine D. Schaertel; and (2) Entry of Default Judgments Against Defendants Wachovia Mortgage Corporation, FSB, Household Finance Corporation of California, and American Express Travel Related Services Company, Inc." ("Motion"), having come on before the Court, the State of California, Franchise Tax Board ("FTB") having filed a Disclaimer of Interest on October 16, 2008, the defaults of defendants Wachovia Mortgage Corporation, FSB, a North Carolina corporation, Successor-in-Interest to World Savings and Loan Association ("Wachovia"), Household Finance Corporation of California, a California corporation, assignee of MBNA Consumer Services, Inc. ("Household"), and American Express Travel Related Services Company, Inc., a California corporation ("AmEx"), having been entered by the Clerk of Court on various dates in this matter, the Motion against such defendants and the accompanying counsel declaration and evidentiary material thereto having been duly filed, and good cause appearing,

## IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the assessments of Federal income tax liabilities that the Internal Revenue Service ("IRS" or "Service") made on various dates against defendants Arthur T. Schaertel and Maxine D. Schaertel (collectively, "the Schaertels") for the years 2002, 2003, 2004, 2005, and 2006, i.e., the Non-Discharged Tax Years, are hereby reduced to Judgment.

2. That Judgment is hereby entered in favor of the United States and against defendants, the Schaertels, in the amount of $268,702.55, plus penalties and statutory interest accruing thereon after July 1, 2009, in accordance with 26 U.S.C. §§ 6651(a)(2), 6601, 6621, and 6622, until such Judgment is paid in full (this requested Judgment consists of unpaid Federal income tax liabilities for the years 2002, 2003, 2004, 2005, and 2006, i.e., the Non-Discharged Tax Years, in the assessed amount

of $178,628.46, plus statutory interest and additions thereon of $90,074.09 as of July 1, 2009).

3. That it is hereby determined and adjudged that the Schaertels hold title to the improved real property located at 163 W. 21st Street, Upland, California 91784-1499 ("Subject Real Property"), and that the Schaertels' interests in such property is, therefore, subject to the Federal tax liens filed against the Schaertels for the calendar years 1996 through 2000, inclusive, and 2002 through 2006, inclusive ("Subject Years").

4. That it is hereby determined and adjudged that the Federal tax liens filed against the Schaertels for the Subject Years have attached to the entire interests of the Schaertels in the Subject Real Property.

5. That it is hereby ordered, adjudged, and decreed that the Federal tax liens filed against the Schaertels for the Subject Years be foreclosed against the Subject Real Property; that the Subject Real Property be sold; and that the proceeds of such sale be distributed and applied in the following manner:

(a) The reasonable costs of sale and advertising incurred by the Internal Revenue Service in connection with the public auction sale of the Subject Real Property;

(b) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 1997, assessed on November 9, 1998, and notice of which was recorded in San Bernardino County on March 6, 2003, as instrument no. 2003-0147500, and re-recorded on January 29, 2008, as instrument no. 2008-0038322 (as of July 1, 2009, the unpaid balance of the 1997 income tax lien was $130,743.75);

(c) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 1998, assessed on November 22, 1999, and notice of which was recorded in San Bernardino County on March 6, 2003, as

instrument no. 2003-~~0147500~~ *PS* -0165738 (as of July 1, 2009, the unpaid balance of the 1998 income tax lien was $101,492.94);

(d) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 1999, assessed on May 22, 2000, and notice of which was recorded in San Bernardino County on <u>March 6, 2003</u>, as instrument no. 2003-~~0147500~~ 0165738 *PS* (as of July 1, 2009, the unpaid balance of the 1999 income tax lien was $173,716.91);

(e) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 2000, assessed on May 28, 2001, and notice of which was recorded in San Bernardino County on <u>March 6, 2003</u>, as instrument no. 2003-~~0147500~~ 0165738 *PS* (as of July 1, 2009, the unpaid balance of the 2000 income tax lien was $69,207.11);

(f) The judgment lien of defendant Union Bank against the Schaertels pursuant to the Judgment entered by the Los Angeles County Superior Court on September 27, 2004, in the amount of $11,730.92 in the action entitled, <u>Union Bank of California, N.A. v. Arthur T. Schaertel, et al.</u>, Case No. 04 C01300, as to which Union Bank filed an Abstract of Judgment with the San Bernardino County Recorder, as instrument no. 2005-0218100, on <u>March 30, 2005</u> (as of April 29, 2008, the unpaid balance of the Union Bank judgment was $16,081.11);

(g) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 2002, assessed on November 17, 2003, and notice of which was recorded in San Bernardino County on <u>February 20, 2008</u>, as instrument no. 2008-0076170 (as of July 1, 2009, the unpaid balance of the 2002 income tax lien was $131,888.54);

(h) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 2003, assessed on November 15, 2004, and notice of which was recorded in San Bernardino County on <u>February 20, 2008</u>, as

4

instrument no. 2008-0076170 (as of July 1, 2009, the unpaid balance of the 2003 income tax lien was $47,118.25);

   (i) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 2004, assessed on November 14, 2005, and notice of which was recorded in San Bernardino County on <u>February 20, 2008</u>, as instrument no. 2008-0076170 (as of July 1, 2009, the unpaid balance of the 2004 income tax lien was $48,156.97);

   (j) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 2005, assessed on November 27, 2006, and notice of which was recorded in San Bernardino County on <u>February 20, 2008</u>, as instrument no. 2008-0076170 (as of July 1, 2009, the unpaid balance of the 2005 income tax lien was $33,539.57);

   (k) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 2006, assessed on November 19, 2007, and notice of which was recorded in San Bernardino County on <u>February 20, 2008</u>, as instrument no. 2008-0076170 (as of July 1, 2009, the unpaid balance of the 2006 income tax lien was $7,999.22); and

   (l) The Federal tax lien pertaining to the Schaertels' unpaid income tax liability for calendar year 1996, assessed on November 17, 1997, notice of which was originally recorded in San Bernardino County on March 6, 2003, and was automatically released because such lien was not timely refiled; and which lien release the IRS subsequently revoked pursuant to the instrument recorded on April 30, 2008, as instrument no. 2008-0192769, and which lien notice was re-recorded on <u>June 2, 2008</u>, as instrument no. 2008-0249992 (as of July 1, 2009, the unpaid balance of the 1996 income tax lien was $164,228.73).

6. That a deficiency judgment is hereby entered in favor of the United States and against defendants Arthur T. Schaertel and Maxine D. Schaertel for any

portion of the Federal tax liens for the years 2002, 2003, 2004, 2005, and 2006, i.e., the Non-Discharged Tax Years, that remain unpaid after the distribution and application of the sale proceeds of the Subject Real Property;

7. That it is hereby determined and adjudged that defendants State of California, Franchise Tax Board, Wachovia Mortgage Corporation, Household Finance Corporation of California, and American Express Travel Related Services Company are not entitled to receive any portion of the sales proceeds of the Subject Real Property, by reason of their alleged liens against such property, due to their filing of a disclaimer of interest (as to the State of California, FTB) or failure to answer or otherwise respond to the Complaint filed in this case (as to the other three defendants).

**IT IS SO ORDERED.**

DATED: 7/17/09

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

RICHARD G. STACK
Assistant United States Attorney

Attorneys for Plaintiff,
the United States of America